AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 31 2016

JAMES W. McCORMACK, CLERK
By: _____ Tammi C. W___, DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
v.
PRINCESS NICOLE WILSON

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:13-cr-00043 KGB
USM No. 27476-009

NICOLE LYBRAND
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1-5  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to not unlawfully possess a controlled substance. Failure to refrain from any unlawful use of a controlled substance. Failure to submit to one drug test within 15 days of release from imprisonment and at least two periodic drug | |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4575

Defendant's Year of Birth: 1988

City and State of Defendant's Residence:
Jacksonville, Arkansas

05/26/2016
Date of Imposition of Judgment

_Kristine G. Baker_
Signature of Judge

Kristine G. Baker        U.S. District Judge
Name and Title of Judge

May 31, 2016
Date

DEFENDANT: PRINCESS NICOLE WILSON
CASE NUMBER: 4:13-cr-00043 KGB

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
|  | tests thereafter, as determined by the court. | 12/30/2015 |
| 2 | Failure to refrain from excessive use of alcohol and and not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 12/30/2015 |
| 3 | Failure to report to the probation officer in a manner and frequency directed by the court or probation officer. | 12/29/2015 |
| 4 | Failure to participate under the guidance and supervision of the probation officers in substance abuse treatment programs that may include testing, outpatient counseling, and residential treatment. Failure to abstain from the use of alcohol throughout the course of treatment. Failure to participate in mental health counseling under the guidance and supervision of the U.S. Probation Office. Failure to contribute to the cost of substance abuse treatment and mental health counseling, as she is able. | 12/29/2015 |
| 5 | Failure to successfully complete a residential, in-patient substance abuse treatment program, as approved by the United States Probation Office. Failure to report to a chemical free living facility or other structured environment and successfully complete that program, as approved by the United States Probation Office, after successfully completing a residential, in-patient sustance abuse treatment program. | 05/17/2016 |

Case 4:13-cr-00043-KGB   Document 47   Filed 05/31/16   Page 3 of 3

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT: PRINCESS NICOLE WILSON
CASE NUMBER: 4:13-cr-00043 KGB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

8 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration. The Court further recommends the defendant be incarcerated in the Tallahasse FCI.

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:

    ☑ at __02:00__ ☐ a.m. ☑ p.m. on __08/01/2016__ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL